IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYVELL VANN,

    Movant,

vs.                                               No. CV 21-00066 PJK/SMV
                                                     No. CR 12-00966 PJK

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DENYING MOTION FOR RELEASE

Before the Court is a handwritten letter filed by Movant Rayvell Vann on February 28, 2022 (Civil ECF No. 4), requesting that the court release him from prison because he has learned his lesson and his parental rights are being challenged. Judgment in this matter denying relief and a certificate of appealability (COA) was entered February 11, 2021 (Civil ECF No. 3; Criminal ECF No. 331). Mr. Vann subsequently filed a motion to reduce his sentence (Criminal ECF 345) which was denied (Criminal ECF No. 350). Be that as it may, the court construes this motion filed more than one year after the pertinent judgment as a motion for reconsideration arising under Fed. R. Civ. P. 60(b)(6), finds that it is successive and not well taken, and should be denied.

NOW, THEREFORE, IT IS ORDERED that Movant Rayvell Vann's Motion for Release (Civil ECF No. 4) is denied.

DATED this 11th day of May 2022, at Santa Fe, New Mexico.

                          Paul Kelly, Jr.
                          United States Circuit Judge
                          Sitting by Designation